

OFFICE OF THE CHIEF COUNSEL

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
OFFICE OF DIVISION COUNSEL
SMALL BUSINESS/SELF-EMPLOYED
200 WEST ADAMS STREET
SUITE 2300
CHICAGO, ILLINOIS 60606
(312) 368-8152
FAX: (312) 368-8712

August 10, 2015

CC:SB:4:CHI:1:CMCasey
GL-126387-15

**Via Certified Mail**

Jeffrey J. Pfeifer
As President of Alton Medical Rehabilitation S.C.
1751 Washington Avenue
Alton, IL 62002-4624

Dear Mr. Pfiefer:

Small Business/Self-Employed Central Area Collection of the Internal Revenue Service has notified our office that you did not comply with the provisions of the summons served on you on July 14, 2015. Under the terms of the summons, you were required to appear before Revenue Officer Brent J. Garcia on July 27, 2015.

Legal proceedings may be brought against you in the United States District Court for not complying with this summons. To avoid such proceedings, you are to appear before Revenue Officer:

Name: Brent J. Garcia
Date: Friday, August 28, 2015
Time: 10:00 a.m.
Address: 1222 Spruce Street, Stop 5222 STL, RM 9.203, St. Louis, MO 63103-2818

Any books, records or other documents called for in the summons should be produced at that time. If you have any questions, please contact Revenue Officer Brent J. Garcia at (314) 494-5087

Sincerely,

/s/ E. ABIGAIL CARLSON

E. ABIGAIL CARLSON
Associate Area Counsel
(Chicago, Group 1)
(Small Business/Self-Employed)



