IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Petitioner,

vs.                                Civil No.  15-cv-1230-DRH-DGW

JEFFREY J. PFEIFER, as President of
Alton Medical Rehabilitation S.C.,

    Respondent.

## ORDER TO SHOW CAUSE

Upon the petition, the exhibits attached hereto, the Declaration of Brent J. Garcia, Revenue Officer of the Internal Revenue Service, and upon the motion of Stephen R. Wigginton, United States Attorney for the Southern District of Illinois, and Nicholas J. Biersbach, Assistant United States Attorney, it is hereby **ORDERED** that respondent, Jeffrey J. Pfeifer, as President of Alton Medical Rehabilitation S.C., appear before the District Court of the United States for the Southern District of Illinois, presided over by the undersigned in his courtroom on December 16, 2015 at 9:00 a.m., to show cause why he should not be compelled to comply with the Internal Revenue summons served on him on July 14, 2015.

It is further **ORDERED** that a copy of this Order, together with the petition and Exhibits thereto, be personally served on Jeffrey J. Pfeifer by delivering a copy to respondent personally or by leaving copies thereof at respondent's dwelling or usual place of abode with some person of suitable age

and discretion found therein on or before November 19, 2015.  It is further **ORDERED** within 10 days of service of copies of this Order, the petition and exhibits thereto, respondent shall file and serve a written response to the petition.

    **IT IS SO ORDERED.**

Signed this 9th day of November, 2015.

Digitally signed by Judge David R. Herndon
Date: 2015.11.09 15:51:46 -06'00'

**United States District Judge**