

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA, )
)
    Petitioner, )
)
vs. ) Civil No. 15-cv-1230-DRH-DGW
)
JEFFREY J. PFEIFER, as President of Alton )
Medical Rehabilitation S.C., )
)
    Respondent. )

## CERTIFICATION OF PERSONAL SERVICE TO DEFENDANT
## OF ORDER TO SHOW CAUSE

☐ I hereby certify and return that I have personally served the Order to Show Cause, together with the petition and Exhibits thereto, on Jeffrey J. Pfeifer, individual, company, corporation, etc., at the address shown.

Jeffrey J. Pfeifer
Alton Medical Rehabilitation S.C.
1751 Washington Avenue
Alton, IL 62002-4624

☒ I hereby certify and return that I have served, __PAT, administrative__
    *(Name and title of individual served)*
A person of suitable age and discretion then residing in defendant's usual place of abode.

Date and time Served: __11-13-15__, __11:06 Am__

Signature of Server: __Brent J. Garcia__
    Brent J. Garcia
    Revenue Officer