## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

        Petitioner,

vs.                                     Case No. 15-cv-1230-DRH-DGW

**JEFFREY J. PFEIFER, as President of**
**Alton Medical Rehabilitation S.C.,**

        Respondent.

### ORDER TO SHOW CAUSE

**HERNDON, District Judge:**

After reviewing the United States of America's Motion for Contempt or in the Alternative to Show Cause (Doc. 13) and Notice of Non-Compliance with Court's Order (Doc. 12), the Court finds as follows:

1. On April 14, 2016, Respondent, in violation of orders of this Court, failed to appear at a hearing where he was to show cause why he should not be compelled to comply with the IRS summons issued to him.

2. On April 18, 2016, the Court entered an order for respondent to obey the aforementioned summons by testifying and producing the documents, records, and data required by the terms of the IRS summons (Doc. 11). The Court ordered respondent to appear in person with the requisite information at the U.S. Attorney's Office for the Southern District of Illinois on Thursday, April 28, 2016, at 10:00 am (Doc. 11). The Court warned respondent that failure to comply could

    result in a finding of civil contempt and the imposition of sanctions, including fines and imprisonment (Doc. 11).

3. On April 28, 2016, in violation of this Court's order, the respondent failed to appear at the U.S. Attorney's Office.

Accordingly, in light of the above,

**IT IS ORDERED** that the Respondent, Jeffrey J. Pfeiffer, shall appear in person before the United States District Court for the Southern District of Illinois in East St. Louis, Illinois, on **Thursday, June 2, 2016 at 10:00 a.m.** to show cause why he should not be held in contempt for failure to obey the order to appear at the April 14, 2016 hearing and for failure to obey the Court's order issued on April 18, 2016 directing the respondent to comply with the IRS summons.

**Should respondent fail to demonstrate reasonable cause for his failure to comply with the aforementioned orders of this Court or should he fail to appear at the show cause hearing as required by this order, he may be found in civil contempt and sanctioned. As a sanction for contempt, the Court could order that the respondent be incarcerated until such time as he resolves the contempt by producing the documents he is required to produce in accord with the Court's April 18, 2016 order (Doc. 11). Additionally or instead, the Court could impose a substantial financial penalty, as determined by the Court, to be paid into the general treasury of the United States**. If imposed, this financial sanction would not be credited to any IRS

liabilities owed by the respondent. Finally, the Court advises the respondent that he is entitled to retain counsel and be represented at the show cause hearing.

The **United States of America** is **DIRECTED** to provide a copy of this Order to the respondent, at his last known address, via certified mail, and to file proof thereof, on or before, **Thursday, May 19, 2016**.

**IT IS SO ORDERED.**

Signed this 5th day of May, 2016.

Digitally signed by
Judge David R. Herndon
Date: 2016.05.05
13:58:16 -05'00'

**United States District Court**