IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Petitioner,

vs.                                  Civil No.   15-cv-1230-DRH-DGW

JEFFREY J. PFEIFER, as President of Alton
Medical Rehabilitation S.C.,

    Respondent.

## ORDER

CAUSE BEFORE THE COURT on Petitioner United States of America's Motion to Postpone Execution of Arrest Warrant (Doc. 21).  Having considered the submission of the United States of America, the Court **GRANTS** the Motion to Postpone Execution of Arrest Warrant and postpones execution of the arrest warrant until July 12, 2016.  To avoid execution of the arrest warrant, Respondent must provide to Petitioner the additional information, data, and records required by the IRS summons by the close of business on July 11, 2016 (5:00 p.m.).  The United States of America shall file a notice with the Court by the close of business on July 11, 2016 (5:00 p.m.), advising whether Respondent

has complied with the IRS summons at issue.

**IT IS SO ORDERED.**

Signed this 27th day of June, 2016.

Digitally signed by Judge David R. Herndon
Date: 2016.06.27 15:20:49 -05'00'

**United States District Judge**

2